**Exhibit A to the Complaint**

**Location:** Frisco, TX  
**Total Works Infringed:** 85

**IP Address:** 69.216.17.86  
**ISP:** AT&T Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E7DB8067AEC3C8610C83397448CC7D3B64ED7BF2<br>File Hash: E762103A09E0B8DE7410D9FBFE11319EF739060543C8E6A53DA08414173DE8B9 | 12/30/2020 02:10:03 | Tushy | 12/27/2020 | 01/05/2021 | PA0002269957 |
| 2 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821<br>File Hash: 4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 12/13/2020 23:15:51 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 3 | Info Hash: D12CE24531AB0F691974316C025729ED64F46C44<br>File Hash: 650E124F6A75D9457E8FAE33DCA569AFEC505EDDD40BB716616C12153CCA8863 | 10/19/2020 01:08:08 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 4 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 10/08/2020 02:29:03 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 5 | Info Hash: B78D144C1F450512ACA5BA2D871E88A10D126036<br>File Hash: 73C0CC977ADFC6B2EF9F7D92809B58F45EF2C3AB2F02AD526B34C1E0C57A2157 | 10/04/2020 17:33:00 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 6 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 10/02/2020 20:16:45 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 7 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 10/02/2020 19:25:38 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 8 | Info Hash: 64F7CDCF78491EF68C931ED73053A08344F3478C<br>File Hash: 1F74F5E1BB05CE6B3F999121014EF29203463875179508D9729AD03DBBF7B67B | 10/02/2020 09:19:23 | Blacked Raw | 08/10/2020 | 08/18/2020 | PA0002253097 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 7009AEB1FB8FA0E778B41D49423CDFC80AFDF62D<br>File Hash: F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 09/21/2020 00:43:21 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 10 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash: 27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 09/20/2020 23:21:05 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 11 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash: BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 09/20/2020 01:20:08 | Blacked | 07/11/2020 | 07/20/2020 | PA0002248959 |
| 12 | Info Hash: A460BDA775DEF88F7E956E928A7FFEBFB1EB504A<br>File Hash: 35FE4D7B4F69D9A993A38DA2678D299612080B13C2B55B163FA7412E930178CF | 09/19/2020 22:22:02 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 13 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 09/19/2020 21:09:51 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 14 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 09/19/2020 21:03:32 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 15 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09/19/2020 17:14:12 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 16 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 08/29/2020 20:20:10 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 17 | Info Hash: ACC9DC52EE520782E8D1E1692200BBCC6E2104AF<br>File Hash: AEA1375F4622204ADC2D586829AA73E726192A8DA6FBD7628520A35D818638B3 | 08/23/2020 21:27:49 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 08/19/2020 23:38:45 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 19 | Info Hash: 70F50AFA3EA776978DDA89056394C76F329E76FD<br>File Hash: 622C928A86D45B2F977C5E2EAB950E3D251C729EB4D6886E037E802F79A9FB7F | 08/19/2020 23:38:34 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 20 | Info Hash: A72BE735D576B5D1698069C9E914BDF92FBB83F8<br>File Hash: 779FA174AC0DAA367DA841F6900E0E1C57DC90C72808D0C74BC689BB30CA23FE | 08/16/2020 01:26:03 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 21 | Info Hash: 25075BEE3E430D7FF4B45A78867471F6EA59D266<br>File Hash: DD82B233C229EE0F08AB79831703A1B9D9488DB8BE6799F18E3BDFD37CA18106 | 08/10/2020 02:13:01 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 22 | Info Hash: 9E757F2B0F0628FA2CF6D14E2592E149523CF8ED<br>File Hash: 35EB19C9FE15018078773BC8FA36B11A5233B3C63101DF10EF37E675B48DA324 | 08/10/2020 01:56:51 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 23 | Info Hash: 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB<br>File Hash: 7895E1A917B4A697D048EB98B821CD44B6DA0E3477ACABC59EE202071F548604 | 08/09/2020 21:26:18 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 24 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94<br>File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 08/02/2020 21:24:26 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 25 | Info Hash: 30219F5EF1E4B77DB42BCC64543DF5B1AE98239E<br>File Hash: 754328AD4A4BC4F60A62464516F3E471E5A3E5CC77E924F967655D5A593B23D0 | 08/01/2020 14:19:15 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 26 | Info Hash: 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5<br>File Hash: 7483CFAD2ABCB5652EA25BEFA703766A4EB32441025CDB9F4198CD1A77E0DB3F | 07/19/2020 23:15:36 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 9E23D180CE13A745D888960C51567F094143E3F7<br>File Hash: 7908BC62EBEABFD47D3B669D2DDFA2B71CDDDF5AA25B3B2638637B6A68FDF8B4 | 07/19/2020 01:29:56 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 28 | Info Hash: 761D30984BE087D527697EF02CF225B843E6F0E4<br>File Hash: 4F8E6822F049B12FD8184D40ECFB984253BD5DE5FAF180BD11BE372DBA70D8BB | 07/18/2020 20:50:22 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 29 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 07/12/2020 14:20:46 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 30 | Info Hash: 56BF0671C368B87782691AB922B69AF7CF37FB90<br>File Hash: 13E72D5238F3DDCC10A5CDD7C75111454B81CF7F0D553172C185DF3F25617EE6 | 07/12/2020 11:14:32 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 31 | Info Hash: E26CBC5FCF1404C17A1BD92E6623910B3B9698CE<br>File Hash: C1D5AF8F08151AA7770F92133FAB9592B7C4844AD296FCFEFA49DDFB3F1D9EF4 | 07/11/2020 01:37:20 | Vixen | 06/26/2020 | 08/03/2020 | PA0002259094 |
| 32 | Info Hash: 093FF3C313504ED32913B9D8DACBB6EE2E888959<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 07/11/2020 01:31:17 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 33 | Info Hash: CBB775C8E18D7CF49C7D4023561FCD3BF791FCC1<br>File Hash: A8EB9CE47F8D943BEC380599C0BDBB56B7BD12D87F5717C45F2A8DAFCA1725A1 | 07/08/2020 16:51:17 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 34 | Info Hash: ED4DB60AFA864A8E8973184C671C29075D48FE0B<br>File Hash: EC8A7F1DC578AD02076444B3835FDD3872EB6F2E651233526665E6663EB818DD | 07/06/2020 15:48:43 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 35 | Info Hash: 2C969C19D74A493B01CB3529656BB785420CD69E<br>File Hash: F727F3516FEEAB332C6AC2AC09711F00F0E83429CC7C90602B45ACF62099ACA4 | 06/27/2020 00:45:50 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 979A0B16A7B4711A259FDDCD85BE5D675527ABBF<br>File Hash: 0B9FF0850BDA6D0977EF91EDB57F3FB7072258440C5C31E55F53CA4DF5744EED | 06/22/2020 01:14:45 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 37 | Info Hash: 8030A2C2D9E0F5481E3C80D541551981755B92D6<br>File Hash: B464C3DB5D6D549844F1F473EEFE97D23D21947CC0099568B87EEB5B39E2427C | 06/21/2020 13:55:58 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 38 | Info Hash: 3EA0CF9C87288AF48B11486B9BCB9919F16EA731<br>File Hash: D05F38277B77040CF93144BD68F937C4DD0178A11C2E7854351796603140D286 | 06/20/2020 22:29:22 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 39 | Info Hash: 8F104C89FA74744BEB02B58214813B42F91E779A<br>File Hash: 3AC4C4ABEF58092E0A30B0621D5016FAB655BFD1954D745D95DF327D6A702E11 | 06/20/2020 22:27:50 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 40 | Info Hash: 050511E544A94851EDE7195D2AEE4D38A1102E4D<br>File Hash: DC4563E3B6ED3B0430999D1C4AF87781C5743A85D800AD1BC19ED5185A4D2AEC | 06/14/2020 21:55:39 | Tushy | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 41 | Info Hash: 8D8B141E253AE7DCFA9C272FEE019EECAF0AF78A<br>File Hash: A399FCE7537A99253E2EAB3EB9A43879FE9EA0D9791E3EFDD3EE2373E6769A6E | 06/10/2020 15:32:32 | Tushy | 07/10/2019 | 08/02/2019 | PA0002192298 |
| 42 | Info Hash: 1FB01C62464C1A31AECE85754CFE67E51306FA3E<br>File Hash: 4C70BCAA2DD6D7173E0703BB67659B4D822F37A64ECB54332FB82D3451A7656C | 06/06/2020 20:15:24 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 43 | Info Hash: E48CB975423F413B731A7F87908AE64EB5F9EF40<br>File Hash: C418B9C0E65D43A2378681CD6E0510FF2866559A057708ABB91294A6D7B8F22D | 06/06/2020 15:07:02 | Tushy | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 44 | Info Hash: 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2<br>File Hash: F0C307D2A5574814D7D7F9FAA1622E84AC38804CFE1E666608F0B94488BC0211 | 06/01/2020 20:44:40 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 06/01/2020 18:13:54 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 46 | Info Hash: 51E7F5813518D8443886B3AFA1F29A82481587CC<br>File Hash: DDF4DAE7189A593533C7366692F2FAA2BBDD3E08E157B4CF4442147D23095782 | 05/24/2020 20:13:06 | Tushy | 02/25/2020 | 04/15/2020 | PA0002245083 |
| 47 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 05/17/2020 12:35:30 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 48 | Info Hash: 93549317257A2157F77D68D6A18E486F3C583672<br>File Hash: 3312349A44425236A10749090ECCFAD1050B4CA9C7B26D5D70285C9D6CCC2829 | 05/17/2020 02:12:03 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 49 | Info Hash: 3896D6926D371A520A42BA151B77F163A2BB5CB9<br>File Hash: C6400EEC6534429B473E850208B09048D16354FA9D3272FAD63B8E3CCDB5BB6C | 05/04/2020 05:31:29 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 50 | Info Hash: 72A1E3BF06A14C51D5B94015C5BB3C509B381699<br>File Hash: 3592A9D20AC5312D6034B66F17F68545754793226D2FE6F46E570F43593032E2 | 05/01/2020 14:59:20 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 51 | Info Hash: FB7E3EA3B9E083499E761482A6C6D7DFDB749555<br>File Hash: EE1EFABAC2DA07AF56C3C5710E9DE7C7EA142C3087F61B0A758DFD202F29E66D | 05/01/2020 12:50:52 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 52 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 04/22/2020 09:16:25 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 53 | Info Hash: 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash: 08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 04/22/2020 00:57:00 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash: 4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 04/21/2020 16:48:04 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 55 | Info Hash: DD7D9795E444F4A6C88F770090690E10B003073E<br>File Hash: 7A54C431B03EF40343B74D55875C35757C5E8AB7D71DB14BA1EBC7282381C12B | 04/20/2020 08:40:08 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 56 | Info Hash: 75B7A9E8BB57C0DED8FB1DCEF38262201FC77BAF<br>File Hash: E87665078C528E45A21C3829655A181D79A3FC75EBB016128A1AD0802A521642 | 04/20/2020 04:08:35 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 57 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04/20/2020 00:32:42 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 58 | Info Hash: 9F556A7A5F5B60BC7F6ECF14D0675444A9716DEF<br>File Hash: 3FBB147E77F58F7E66A68A9BC75C2D288C7333044D93D0AB4591286A88BD0AD0 | 04/18/2020 22:00:36 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 59 | Info Hash: F3161C2AA991FF64533094C6424653EAFA726836<br>File Hash: FCB38420FF1DD43271C392D36CCFD0444618A66F3D5E28B6A75E283566CDF51B | 04/18/2020 21:55:23 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 60 | Info Hash: BBCBD9BDEEE388C872A3C49ECB114174CFB7DE9B<br>File Hash: 3147FED2EA860445194B3637FE3F2064E2BA0DAD66C9D40A1709ABD9C38FE31C | 04/12/2020 00:43:20 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 61 | Info Hash: A7D8E54FCF615F5675572AF2E5F6B353CC2DE331<br>File Hash: 1B53DA54064E27E6B623DEE8F28A607A3D9F71DC4857C0BA9AC56DAA6D6FA10C | 04/12/2020 00:40:13 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 62 | Info Hash: 6A00929B3D2F54C7FF7C31812DA1CEB6F03A8DF0<br>File Hash: E7517A6F80C556646938E7C39ABB9A3F1BB5D89FF3E3D535E96E9F527B6321A6 | 04/12/2020 00:39:00 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: CF74C07E4CE744B8C031D261A5F8D6B395670EFC  File Hash: 5A357FA0B984B36E4C42421BC700347B87D1115152C4C17ECB13FE6FC9E0ECA8 | 04/12/2020 00:37:52 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 64 | Info Hash: 3ECAFB4476CFC7B6F4F8CFA3F85F64F42C331616  File Hash: A63DEB4026D01320B444D291CEA691B6251858B775B8EF41398A7A8A359AB00C | 04/12/2020 00:37:13 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 65 | Info Hash: E07877B71CF19666B48388AB9C202988860AC477  File Hash: A322DDC118786F478AF8E88429DB19350012AE87942D7E47B70598691EC6D8EC | 03/31/2020 01:29:15 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 66 | Info Hash: F6EF54B7F37C11FCB5B0A0583502F52CB68A6749  File Hash: 073F2CE106D70F7D353C4BB07A3F079F25319AEF5A8C0740CF6AC6E6255F329C | 03/30/2020 00:55:33 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 67 | Info Hash: 7C54A481F79E9D68EEC3B59FA6A9CE89224F2B3D  File Hash: FEB8339A2FB2B93FAF1ABCA3F56CFB2434EC3E135DD1B0B0642E927AF7AF1C30 | 03/28/2020 19:00:25 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |
| 68 | Info Hash: 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90  File Hash: 7BA85222B0DC256CD081071B2B77A6309B1DBD7D354CD544211B6C2E19F47D9E | 03/27/2020 20:27:16 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 69 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D  File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 03/25/2020 07:58:02 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 70 | Info Hash: FAB95948D114974766DDC47AA478DF62DAC33472  File Hash: 940EB6CC9D7791158BDF729313A2C0AC41D3282D86C6CB8E1EA173DD4CCECB44 | 03/25/2020 03:57:14 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |
| 71 | Info Hash: D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F  File Hash: 22110256934539DE9D00545585EBBC8F614D1F59D0DFA5EBCB44C1DF64C0A303 | 03/25/2020 03:42:11 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 7187921EA9FCD6A45613346F742B048B53088923 File Hash: A38570FA0B1ECFD592AFC77B4EF2BFBAE9B2D87E31DB74B2604DDFEC650BE5EF | 03/25/2020 02:55:27 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 73 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208 File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 03/25/2020 02:14:20 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 74 | Info Hash: DA688C76F0C068A444122EE74FBF1731CAFA1B5C File Hash: F7E8945C6E4E75F65D98B9012C7F3432818A5D2EE24B1BD5BE6734A3BBA4B278 | 01/01/2020 22:08:07 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 75 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 01/01/2020 18:57:29 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 76 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401 File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 12/31/2019 21:47:27 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 77 | Info Hash: 866ED08FAA30A005479E7691EE82140D1B4C8592 File Hash: AA2912896C18FA2955A26EE8C7F058CBDB7BEA61524FE3480F75CC7F58C4B7C6 | 12/31/2019 20:57:40 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 78 | Info Hash: 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 File Hash: 52EDB908CC74DE921A210770E7B1CE52354936A1DB6F171466EC74F6AA49B8C5 | 12/29/2019 02:19:01 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 79 | Info Hash: F999A5DB85BEE5C4BE2684A922334B4398F7D7E8 File Hash: A6CCB58335E62D4104854BF1D69607C03F6C597E44BC80F8B4D28D1471CE8323 | 12/24/2019 09:33:48 | Tushy | 11/27/2019 | 01/03/2020 | PA0002233434 |
| 80 | Info Hash: 8CC37085A56FE6E813AA97267D789B5DE4F2F3F8 File Hash: 95EC71F430F8FE57AFF0E6E951F87A5CF41D6A24290D5D7D3D07FA4A31F89F07 | 12/23/2019 04:26:12 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 7724965CFD0EFA204861E4994E4C375734FAC910<br>File Hash: 286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 12/21/2019 07:21:38 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 82 | Info Hash: 5B1FB5132AA7BDB914196E3B9FFF2719EE1EBF5B<br>File Hash: A5E2294B2F077AAC8BFF4684AB14BADA6CC1CADBD25EB7498E33C3C4CD2E39DF | 12/21/2019 06:30:05 | Tushy | 11/07/2019 | 12/03/2019 | PA0002232040 |
| 83 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 12/21/2019 02:35:54 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 84 | Info Hash: 2CB43429526775645D5837FE2C63CFFB1B0D2802<br>File Hash: EB2B5C92F269F5EA20F2A1DBD939200B14E14F55045A50A115DD1760BBCFDE20 | 12/21/2019 01:49:37 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 85 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 12/21/2019 01:48:40 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |